AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

**EASTERN**      **DISTRICT OF**      **TENNESSEE**

Michael R. Jenkins, II                                JUDGMENT IN A CIVIL CASE

               V.                               Case No. 3:10-cv-359

Michael J. Asture, Commissioner
of Social Security

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the civil action is remanded to the Commissioner of Social Security under sentence four of U.S.C. § 42:405(g).

    March 8, 2011                                      Patricia L. McNutt, Clerk
Date

                                                                     By    s/ Mallory Maurer, Deputy Clerk